UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:10-CR-13 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| ROSEMARY LAWSON ) | |

**ORDER**

On June 11, 2010, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation ("R&R") (Court File No. 343) recommending the Court deny Defendant Rosemary Lawson's ("Defendant") motion to suppress (Court File No. 253). Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, pursuant to 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 343) and **DENIES** Defendant's motion to suppress (Court File No. 253).

**SO ORDERED.**

**ENTER:**